UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

RICHARD SAVAGE,

                Plaintiff,

-against-

NORFOLK SOUTHERN RAILWAY, INC.,

                Defendants.
-------------------------------------------------------------------

**STIPULATION OF DISCONTINUANCE**

Civil Action No.: 16-CV-1199

LEK/DEP

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same is hereby discontinued, with prejudice and on the merits, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: November 29 2017

DATED: November 30, 2017

JERRY MARTILLOTTI & ASSOCIATES, P.C.

By: _____
Gerard J. Martillotti, Esq.
Attorneys for Plaintiff
P.O. Box 18509
4221 Ridge Avenue
Philadelphia, Pennsylvania 19129

MCNAMEE LOCHNER P.C.

By: _____
Scott A. Barbour
Attorneys for Defendants
677 Broadway, Suite 500
Albany, New York 12207

{M1343212.1}